THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| TJ'S OF ALPINE, INC., | ) | CASE NO. 09-75156 |
| | ) | |
| DEBTOR. | ) | |

### NOTICE OF HEARING

THE DEBTOR, by its attorney, BERNARD J NATALE, has filed papers with the Court for the:
**APPLICATION FOR FINAL DECREE
AND ORDER OF SUBSTANTIAL CONSUMMATION**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Application, please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Application and want the Court to consider your views on said Application, you or your attorney must:

1. File a written response to the above Application or before the date set for the hearing on the Application at the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL; OR
2. Attend the hearing scheduled to be **Wednesday, March 31, 2010 @ 10:30 a.m.** In the United States Bankruptcy Court, 211 S. Court Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   BERNARD J NATALE, LTD
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108
815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:   March 9, 2010

/S/   BERNARD J NATALE
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108

**PROOF OF SERVICE**

STATE OF ILLINOIS           )
                            ) SS
COUNTY OF WINNEBAGO         )

     The undersigned, being first duly sworn on oath deposes and states that she served the attached by placing a true and correct copy of said notice of **HEARING ON APPLICATION FOR FINAL DECREE AND ORDER OF SUBSTANTIAL CONSUMMATION** in each envelope, addressed as attached:

     SEE MATRIX
**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U.S. BANKRUPTCY CLERK'S RECEIPT)**

     That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 9th day of March, 2010.

                                       /s/   Mary D. Magnuson

Subscribed and sworn to before me
this 9th day of March, 2010.


   /s/  Denise M. Bennett
Notary Public

My commission expires:  May 10, 2010.

Castle Bank
141 W. Lincoln Highway
Dekalb, IL 60115

Don P Sheppard
5508 N Robin Crest Dr
Milton, WI 53563

Franks, Gerkin & McKenna, PC
19333 E Grant Highway
PO Box 5
Marengo, IL 60152

Joel Nathan
Assistant U S Attorney
219 S Dearborn Street - 5th Floor
Chicago, IL 60604

Rockford Local Development Corp.
120 W. State Street
Rockford, IL 61101

Small Business Administration
500 W. Madison Street - Suite 1250
Chicago, IL 60661-2511

TJ'S III of Rockford, Inc
3269 S Alpine Rd
Rockford, IL 61109

Winnebago County Collector
PO Box 1216
Rockford, IL 61105-1216

**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| TJ'S OF ALPINE, INC., | ) | CASE NO. 09-75156 |
| | ) | |
| DEBTOR. | ) | |

### APPLICATION FOR FINAL DECREE
### AND ORDER OF SUBSTANTIAL CONSUMMATION

**NOW COMES** the Debtor, TJ"S OF ALPINE, INC., by its attorney, BERNARD J. NATALE, and applies to this Court for a Final Decree and an Order declaring the Plan to have been substantially consummated.

**Class I** creditors (Administrative claims) whose claims to date certain have been allowed by Orders of the Bankruptcy Court and have been paid in full.

**Class II** creditor (CASTLE BANK [Property taxes]) shall be paid pursuant to the terms and conditions of the Debtor's Plan of Reorganization and Stipulation to Modify the Claim of CASTLE BANK.

**Class III** creditor (CASTLE BANK [Secured claim]) is being paid pursuant to the Debtor's confirmed Plan of Reorganization and Stipulation to Modify the Claim of CASTLE BANK.

**Class IV** creditor (SMALL BUSINESS ADMINISTRATION) is being paid pursuant to the terms and conditions of the Debtor's Plan of Reorganization.

**Class V** creditor (ROCKFORD LOCAL DEVELOPMENT CORPORATION) is being paid pursuant to the terms and conditions of the Debtor's confirmed Plan of Reorganization and Stipulation to Modify the Claim of ROCKFORD LOCAL DEVELOPMENT CORPORATION.

**Class VI** creditor (Priority claims) – None.

**Class VII** creditor (Executory Contracts and Unexpired Leases – TJ's III of Rockford, Inc.) Debtor as landlord has assumed its lease with tenant.

**Class VIII**  creditor (Unsecured claims) – None.

Attached as Exhibit "A" hereto is a list of payments to creditors made to date pursuant to the terms and conditions of the Confirmed Plan.

**WHEREFORE**, the Debtor requests that the Court enter a Final Decree and Order declaring the Plan of Reorganization to have been substantially consummated.

**The undersigned verify that the foregoing is true and correct to the best of our knowledge, information and belief, and declare, under penalty of perjury, that we have read the foregoing Application for Final Decree and Order of Substantial Consummation and any attachments hereto**.

Dated:  March 9, 2010                          **TJ'S OF ALPINE, INC.**


  /s/    DON SHEPPARD
BY: **DON SHEPPARD, ITS PRESIDENT**


PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE
SUITE 201
ROCKFORD, ILLINOIS 61108
(815) 964-4700