THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| TJ'S OF ALPINE, INC., | ) | CASE NO. 09-75156 |
| | ) | |
| DEBTOR. | ) | |

### FINAL DECREE AND CERTIFICATE OF CONSUMMATION

THE PLAN AND DISCLOSURE STATEMENT under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on November 19, 2009, and the Court having entered an Order confirming the Plan and Disclosure Statement on February 3, 2010 and the time for appeal having elapsed with the appeal or notice of appeal not having been filed; and Notice of the Debtor's application for an Order declaring the Plan to have been substantially consummated having been given to those entitled to such notice; and it having been determined by the Court, based upon the Debtor's application on file and the whole record herein that:

1. That transfer or other disposition of all or substantially all of the property dealt with by the Plan pursuant to the provisions of the Plan has occurred.

2. The Reorganized Debtor as defined in the Plan has assumed the operation and management of all or substantially all of the property dealt with by the Plan.

3. The Reorganized Debtor has distributed to certain creditors affected by the Plan the certain cash as specified in the Plan.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Debtor is released from all its dischargeable debts and liabilities, except as provided in the Plan and Order confirming the Plan.

    2.    That the rights and interest of the creditors of the Reorganized Debtor hold the same rights as existed on November 19, 2009, the date of the filing of the petition in bankruptcy, as provided in the Plan and Order confirming the Plan and no other rights.

    3.    The Plan has been substantially consummated.

    4.    The Estate is hereby closed.

Dated: **MAR 31 2010**

JUDGE MANUEL BARBOSA

PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE
SUITE 201
ROCKFORD, ILLINOIS 61108
(815) 964-4700